FILED
2014 Jan-09  AM 08:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## JASPER DIVISION

| | |
|---|---|
| **PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY** ) ) ) **Plaintiff,** ) ) **v.** ) ) **PROGRESSIVE DIRECT INSURANCE COMPANY.** ) ) ) ) **Defendant.** ) | **CIVIL ACTION NO: 6:14 cv-000-38-SLB** |

## REQUEST FOR SERVICE BY CERTIFIED MAIL

Please serve the Defendant Progressive Direct Insurance Company by certified mail pursuant to Alabama Rules of Civil Procedure 4(i) and Federal Rules of Civil Procedure 4(e)(1).

/s/ Howard K. Glick
Howard K. Glick
Attorney for Plaintiff Penn National Mutual Casualty Insurance Company
Simpson, McMahan, Glick & Burford, PLLC
The Mountain Brook Center
2700 Highway 280, Suite 203W
Birmingham, AL  35223-2468
Ph:    (205) 876-1600
Fax:   (205) 876-1616
Email: hkglick@smgblawyers.com

**PLEASE SERVE THIS COMPLAINT ON THE DEFENDANT VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED AS FOLLOWS**:

Progressive Direct Insurance Company
c/o C T Corporation System
2 North Jackson Street Suite 605
Montgomery, Alabama 36104