UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY, ALLSTATE ELECTRIC, )
)
)
)
)
)
Plaintiffs, )
) CASE NO. 6:14-CV-0038-SLB
v. )
)
PROGRESSIVE DIRECT INSURANCE COMPANY, )
)
)

Defendant.

## ORDER

This case is **SET** for a 16(b) Scheduling Conference at **9:30 a.m.** on **APRIL 22, 2014**. The conference will be conducted by way of a **telephone call**, which will be initiated by the court. The parties are **DIRECTED** to follow the attached instructions regarding scheduling conferences. **The parties should not delay discovery pending the 16(b) Scheduling Conference.**

**DONE**, this 8th day of April, 2014.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE